## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | |
|---|---|
| SHAMPOIRE ORANGE,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER SHAUN BARRICK; SERGEANT NATALIE HARRIS; CPL. MARK FOREMAN; CAPTAIN KENNY THOMPSON; and OFFICER ERIC THOMAS, all in their individual capacities,<br><br>    Defendants. | CIVIL ACTION NO.: 6:19-cv-5 |

## **O R D E R**

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 23).  No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES** Plaintiff's equal protection and First Amendment retaliation claims.  Plaintiff's Eighth Amendment claims against Defendants remain pending.

**SO ORDERED**, this 24th day of April, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA