IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SHAMPOIRE ORANGE,<br><br>      Plaintiff,<br><br>      v.<br><br>SHAUN BARRICK, et al.,<br><br>      Defendants. | CIVIL ACTION NO.: 6:19-cv-5 |

**O R D E R**

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. (Doc. 62.) Plaintiff did not file Objections. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendants' Motion for Summary Judgment, and **DENIES** Plaintiff *in forma pauperis* status on appeal. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment.

**SO ORDERED**, this 9th day of December, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA