IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SHAMPOIRE ORANGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER SHAUN BARRICK, et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 6:19-cv-5 |

**O R D E R**

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit as frivolous,

**IT IS ORDERED AND ADJUDGED** that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED**, this 28th day of July, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA